IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTHUR BAGLEY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-3798** |
| | : | |
| **EXPERIAN CREDIT BUREAU,** *et al.* | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 17th day of September, 2025, upon consideration of Plaintiff Arthur Bagley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), "Motion for Court Ordered Mediation Hearing" (ECF No. 6), "Motion to Amend Mailing Service Type" (ECF No. 7), and "Motion for the Court to Grant Plaintiff's Attached Certification Page" (ECF No. 8), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons in the Court's Memorandum.

4. Bagley's "Motion for Court Ordered Mediation Hearing" (ECF No. 6), "Motion to Amend Mailing Service Type" (ECF No. 7), and "Motion for the Court to Grant Plaintiff's Attached Certification Page" (ECF No. 8), are **DENIED** as moot.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
**KELLEY BRISBON HODGE, J.**